# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS



Avery Williams
_____
Plaintiff

v.

Jennifer Roberts 1000 Throckmorton St,
City of Fort Worth   Fort Worth, TX 76102
_____
Defendant

**4-23CV-10880**
_____
Civil Action No.

## <u>COMPLAINT</u>

Avery Williams was subjected to disparate treatment by her Manager Matt Donnell, and the Assistant Director of Development Services Jennifer Roberts. On multiple occasions disciplined, harassed, treated worse than her peers, and discharged in retaliation.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 10/24/23 |
| Signature | *Avery Williams* |
| Print Name | Avery Williams |
| Address | 408 Blaze Ct |
| City, State, Zip | Burleson, Texas, 76028 |
| Telephone | 817-903-5908 |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

### Instructions to a Non-Prisoner *Pro Se* Plaintiff

Your suit _____ was filed on _____ and has been assigned case number _____ .

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

   - After you have filed your complaint, unless you are excused for cause or the presiding judge directs otherwise, you must:

     - register as an Electronic Case Files (ECF) user within 14 days (you may register online via our website at www.txnd.uscourts.gov), and

     - file any pleading, motion, or other paper electronically. (Electronic filing is not permitted in a case assigned to the docket of U.S. District Judge John H. McBryde.)

   - You must submit a judge's copy (a paper copy) of any document you file, even if you filed the original electronically.

     - If you electronically file a document, follow the procedures set forth in the ECF Administrative Procedures Manual to provide the judge with the judge's copy.

     - If you file a document on paper and want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

   - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. If you are an ECF user, follow the procedures in the ECF Administrative Procedures Manual to update your address. If you are not an ECF user, promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Federal Rules of Civil Procedure (FRCP), this court's Local Civil Rules, and the orders entered by a judge in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint in compliance with FRCP 4, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is *pro se*) as required by FRCP 5. If you and the opposing side are both ECF users, the ECF system will complete service for you, and a Certificate of Service is not required. If either of you is not an ECF user, or if you learn that service sent through ECF did not reach the person, you must serve the document by other means and include a Certificate of Service or file one within a reasonable time after service. Sample language for a Certificate of Service is:

   - On (Date) I filed (the "foregoing document" or Document Name) with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

     Signature *Avery Williams*

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - The court's website at www.txnd.uscourts.gov provides valuable information. Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

# Texas Workforce Commission

A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Julian Alvarez
Commissioner Representing Labor

Aaron Demerson
Commissioner Representing Employers

Edward Serna
Executive Director

## TWCCRD INQUIRY TRANSFER NOTICE

October 21, 2021

Avery Williams
408 Blaze Ct,
Burleson, TX  76028

RE: Avery Williams's discrimination complaint against City of Fort Worth

Dear Avery Williams:

The Texas Workforce Commission Civil Rights Division (TWCCRD) has reviewed your inquiry concerning possible employment discrimination by your employer and we are unable to take any further action. This complaint will be transferred due to jurisdictional limitations.

The Texas Workforce Commission Civil Rights Division (TWCCRD) programs facilitate the equal employment opportunity (EEO) complaint process for current and former employees (or job applicants) who believe they have experienced discrimination based on protected class or protected activity as defined in the Texas Labor Code. TWCCRD works in cooperation with the federal Equal Employment Opportunity Commission (EEOC) to resolve employment discrimination allegations.

Due to the jurisdictional requirements of Texas Labor Code §21.155, the TWCCRD is unable to file a charge on your behalf because the information provided indicates the employer is located within the City of Fort Worth. Your complaint has been forwarded to the City of Fort Worth Diversity & Inclusion Division for processing.

Your TWCCRD complaint has been transferred and no further actions will be taken by this office. You may contact the City of Fort Worth DID at (817) 392-7525 or www.fortworthtexas.gov/departments/diversity-inclusion/civil-rights-enforcement.

101 E. 15th Street, Room 144T • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) •
www.texasworkforce.org
Equal Opportunity Employer / Program



TEXAS
WORKFORCE SOLUTIONS

Page 1 of 2

TWCCRD is a neutral third party and we do not offer legal advice. In addition to the follow up agency, you may contact the below organizations for legal assistance. TWCCRD is not affiliated with any recommended organizations and you may utilize their services at your own discretion. Depending upon the details of your submitted complaint there may be additional resources that could be of assistance.

- Lawyer Referral Service of Central Texas (Travis, Hays, Williamson counties) Phone 1-866-303-8303
- Texas State Bar Lawyer Referral Service Phone 1-800-252-9690
- Chat with a lawyer for free at TexasLawHelp.org

For prompt response, direct all dismissal questions and concerns to TWCCRD Employment Intake eeointake@twc.texas.gov. Or visit our website at twc.texas.gov/partners/civil-rights-discrimination.

Sincerely

Bryan D. Snoddy, Director
Civil Rights Division

COMPLAINT FORM

## Texas Workforce Commission Civil Rights Division (TWCCRD)
Please return this form by:
Mail: 101 East 15th Street, Room – Guadalupe/CRD, Austin, TX 78778
Email: EEOIntake@twc.state.tx.us          No
Telephone: (888) 452-4778 *or*
Fax: (512) 463-2755 (Please include a cover sheet with your name and the total # of pages included.)

TWCCRD#_____ N/A

EEOC#_____ N/A

**Submitting this Complaint Form DOES NOT represent filing a formal Charge of Discrimination**

| *Please indicate if you have previously filed this complaint with any of the agencies below:* | DATE RECEIVED (For Office Use Only): |
|---|---|
| ☐ Texas Workforce Commission Civil Rights Division (TWCCRD) <br> ☐ Equal Employment Opportunity Commission (EEOC) <br> ☐ City of Austin Equal Employment and Fair Housing Office <br> ☐ Corpus Christi Human Relations Division <br> ☐ Fort Worth Human Relations Department | |

**Please be sure you provide all the information requested.  For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)**

| Complainant Full Name: <br> Avery Williams <br><br> 408 Blaze Ct <br> **Address Line 1:** <br> **Address Line 2:** <br> **City/State/Zip:** Burleson, Texas, 76028 <br> **Home Phone #:** 8179035908 <br> **Other Phone #:** <br> **Email:** averyw11@zoho.com | Complainant Representative (Optional): *(If you are represented by an attorney, please have them submit a letter of representation)*: <br><br> **Address Line 1:** <br> **Address Line 2:** <br> **City/State/Zip:** <br> **Phone #:** <br> **Fax #:** <br> **Email:** |
|---|---|
| **Preferred Form of Contact: (Please check)** <br> ☒ **E-mail** ☒ **Telephone** | |

| Date Hired: 05/10/2021 <br> Position held: Planning Assistant <br> Still employed? ☐ Yes ☒ No | Name of Employer HR Personnel Officer/EEO/CEO/Owner/Legal Counsel: <br> Brian Wisdom <br> Email: Brainwisdom@fortworth.gov |
|---|---|
| Name of Employer *(Please be sure to give the complete company name and address where you physically worked below)*. <br><br> City of Fort Worth | 15 or more employees: <br> ☒ Yes ☐ No          500+ |
| Employer Address: 200 Texas St <br> **Address Line 1:** <br> **Address Line 2:** <br> **City/State/Zip:** Fort Worth, Texas, 76102 <br> **Phone #:** 817-392-2255 <br> **Email:** cityoffortworth@fortworth.gov | **Employer Headquarters Address:** <br> **Address Line 1:** <br> **Address Line 2:** <br> **City/State/Zip:** <br> **Phone #:** <br> **Email:** |

| *BASIS: I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 21) and federal law (ADEA, GINA, Title VII, ADAAA), as follows:* | ☐ Age *(You must be 40 years of age or older to qualify)*: <br> Date of Birth: <br> ___/___/___ <br> Month/day/year <br> Age at time of incident: <br> _____ | ☒ Color *(Based on skin color)*: <br> ☒ Black <br> ☐ Brown <br> ☐ White <br> ☐ Other: | ☐ Disability: <br> ☐ Disabled <br> ☐ History of disability <br> ☐ Regarded as disabled <br> *(Pregnancy is NOT a disability unless you are regarded as disabled.)* |
|---|---|---|---|
| **Please mark ONLY the basis (protected class) you believe were the reasons you were discriminated.** | ☐ GINA <br> (Genetic Information Non-discrimination Act) | ☒ National Origin: <br> ☒ African-American <br> ☐ Anglo/Caucasian <br> ☐ East Indian <br> ☐ Hispanic <br> ☐ Mexican <br> ☐ Other: | ☒ Race: <br> ☐ American Indian/Alaskan Native <br> ☐ Asian/Pacific Islander <br> ☒ Black <br> ☐ White <br> ☐ Other: |
| **EXAMPLE: If your treatment was because of your race, then check ONLY the box by your race.** | ☐ Religion: <br> ☐ Baptist <br> ☐ Catholic <br> ☐ Jewish <br> ☐ Muslim <br> ☐ Other: | ☒ Retaliation: <br> ☐ Assisted another filing discrimination <br> ☒ Filed a complaint of discrimination <br> ☐ Participated in discrimination investigation. <br> *ON THIS DATE*: <br> 08/24/2021 / <br> Month/day/year | ☐ Sex: <br> ☐ Female <br> ☐ Female/Pregnancy <br> ☐ Male <br> ☐ Sexual Orientation <br> ☐ Gender Identity |
| Yes | | | |

Form 1000                                                                                                           Revised: 08/28/2020

Employment Harms or Actions (Mark all that apply)

- [ ] Demotion (D1)
- [x] Discharge (D2)
- [ ] Discipline (D3)
- [x] Harassment (H1)
- [ ] Hiring (H2)

- [ ] Layoff (L1)
- [ ] Promotion (P3)
- [ ] Reasonable Accommodation (R6)
- [ ] Severance Pay (B5)
- [ ] Sexual Harassment (S4)

- [ ] Suspension (S5)
- [ ] Terms & Conditions (T2)
- [ ] Training (T4)
- [x] Wages (W1)
- [ ] Other:

**The following questions are regarding the employment harms or actions taken against you.**
**(Each incident must be within 180 days of the date you submit your complaint to the TWCCRD.)**

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**

Earliest (Month/Day/Year)
08/04/2021 /

Latest (Month/Day/Year)
09/08/2021 /

[ ] CONTINUING ACTION

**Name and Position Title of person(s) who did the harm:**
Jennifer Roberts- Assistant Director
Matt Donnell- Manager

**(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you:)**
Jennifer Roberts - Caucasian
Matt Donnell - Caucasian

**Did you complain of discrimination to your employer?** [x] Yes [ ] No
If Yes, date of complaint: 08/24/2021 (Month/Day/Year)

The way Matt Donnell was disrespecting me in our team meeting August 24,2021, Jennifer was present and smiled

**Name and Position Title of person(s) you complained to:**
Brian Wisdom - Human Resource Coordinator
Vanessa Hottman - Human Resources

**Explain why you believe the employment harm(s) and/or action(s) were discriminatory:**

Matt and Jennifer singled me out and harassed me on multiple accusations; alongside with derogatory statements pertaining to my race. I was constantly harassed but never written up. After I went to HR the harassment got worse. Before retaliating against me by firing me, soon after I reported things to HR, Jennifer asked me if that was the way I would be wearing my hair in the wedding? I said would be wearing my hair down and she responded yea because I don't think anyone would want that kind of hair style in a wedding. (I had in Braids) She also mad a joke in our team meeting about the crowd wave at a soccer game I went to, referring to the way they call it in England the "Mexican Wave" because its sloppy. She was shocked to know my husband is an engineer, tried to coerce me to quit and say my husband can take care of me. There is a recording that has Jennifer saying (nobody will ever believe you over me if you come forward anyways because they know they will lose their job because I'm their AD, your new here so and things need to be the way I want them to be that's why I personally go to these team meetings. But she will not release this recording to public records.(Will only release 1 to public records) (many more instances with Matt&Jennifer)

**Employer's reason for its action:**
No legit reason was given in termination letter, but I feel it was because of race. I was told on the recording (that took place from 5-8pm after hours) that I would not be fired, but 4 days after the impromptu meeting that occurred after Jennifer saw me coming from the Directors office I was fired. (More proof.

**Are there other employees treated more fairly than you?** [x] Yes [ ] No
If Yes, please provide the information below:

| Full Name and Position Title | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
| --- | --- |
| Laurie Lewis - Planner | race, color |
| N?A | N?A |
| N?A | N?A |
| N?A | N?A |

**What are you seeking as a resolution to your case?**
A new job in another department in the city of Fort Worth, Money back from the vacation I was bullied no to take, the salary I would have gotten from the time I was fired until this case has ended. Potential pay for jobs I have interviewed for. Money for sch

**What is the most convenient method to contact you:**

[ ] Email: averyw11@zoho.com

[ ] Telephone: (817)9035908

**Submitting this Complaint Form DOES NOT represent filing a formal Charge of Discrimination**

Continuation of Employment Discrimination complaint


Demotion




Discharge

September 8, 2021  Mid Morning

No legit reasons, I believe it was because of race.

Not that I know of.


Discipline




Harassment

August 24,2021, August 31, 2021

Jennifer asked me if that was the way I would be wearing my hair in the wedding? I said would be wearing my hair down and she responded yea because I don't think anyone would want that kind of hair style in a wedding. (I had in Braids) She also mad a joke in our team meeting about the crowd wave at a soccer game I went to, referring to the way they call it in England the "Mexican Wave" because its sloppy. She was shocked to know my husband is an engineer, tried to coerce me to quit and say my husband can take care of me. Matt yelled at me in a meeting about me potentially missing a meeting that was rescheduled twice after and then canceled.

Hiring




Layoff




Promotion

DocuSign Envelope ID: 4A83-FA-A012033-A8A-2D5284CD019

Continuation of Employment Discrimination complaint

Reasonable Accommodation

Severance Pay

Sexual Harassment

Suspension

Terms & Conditions

Training

Wages

In the PRRs it states the if an employee is Nonexempt, they are eligible to receive one-and-one-half times their regular hourly rate in overtime payor compensatory time credited at the rate of one-and-one-half times for the overtime hours worked in a work week.

**DocuSign**

## Certificate Of Completion

Envelope Id: 40A83CFAAAD24635AA8A2C05284CD019                                                    Status: Completed
Subject: TWCCRD Inquiry Form
docSeqId:
docType:
Source Envelope:
Document Pages: 4                          Signatures: 0                        Envelope Originator:
Certificate Pages: 5                       Initials: 0                         EEO Intake
AutoNav: Enabled                                                               101 E. 15th Street, Room 0154-B
EnvelopeId Stamping: Enabled                                                   Austin, TX  78778
Time Zone: (UTC-06:00) Central Time (US & Canada)                              eeointake@twc.texas.gov
                                                                              IP Address: 76.198.232.38

## Record Tracking

Status: Original                   Holder: EEO Intake                   Location: DocuSign
       3/1/2022 3:46:17 PM                eeointake@twc.texas.gov
Security Appliance Status: Connected    Pool: StateLocal
Storage Appliance Status: Connected    Pool: Texas Workforce Commission- Production    Location: DocuSign
                                        Account

| Signer Events | Signature | Timestamp |
|---|---|---|
| Avery Williams<br>averyw11@zoho.com<br>Security Level:<br>   DocuSign.email<br>   ID: 1<br>   3/1/2022 3:46:21 PM | **Completed**<br><br>Using IP Address: 76.198.232.38 | Sent: 3/1/2022 3:46:20 PM<br>Viewed: 3/1/2022 3:46:34 PM<br>Signed: 3/4/2022 4:20:26 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 2/24/2022 3:10:07 PM<br>   ID: a1ab028c-aec8-48a3-8191-e07faee6e843 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| TWCCRD EEO INTAKE<br>eeointake@twc.texas.gov<br>Texas Workforce Commission<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 3/4/2022 4:20:28 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/1/2022 3:46:20 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 3/1/2022 3:46:34 PM |
| Signing Complete | Security Checked | 3/4/2022 4:20:26 PM |
| Completed | Security Checked | 3/4/2022 4:20:28 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | 31A-2022-136 |
| | [X] EEOC | 31A-2022-00140 |

| Fort Worth Human Relations Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Avery Williams** | **(817) 903-5908** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **408 Blaze Ct.** | **Burleson, TX 76028** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **City of Fort Worth** | **500+** | **817-392-2255** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **200 Texas Street** | **Fort Worth, TX 76102** | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [X] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07/01/2021**   Latest **09/08/2021**
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

## I. PERSONAL HARM

While I was the Planning Assistant for the City of Fort Worth Development Department, I was treated less favorably than others not of my race/national origin, Black/African American. I complained and I was discharged in retaliation. I was one of only two Black/African American employees in the department.

Manager Matt Donnell (non-Black/African American) and Assistant Director Jennifer Roberts (non-Black/African American) singled me out and harassed me on multiple occasions. I was subjected to derogatory racial statements. Matt limited his conversation with me and seldom provided me the information I needed to effectively do my work. I was provided limited training and my questions were often ignored.

I was never written up or had any performance issues until after I complained of the treatment.

On or around August 2021, I complained to Human Resources about the hostile work environment and discrimination.

I was told to follow the chain of command but nothing was done to stop the treatment.

Shortly after my complaint to HR I was retaliated against in that I was belittled. Jennifer made demeaning comments about my hair and yelled at me in front of others. I spoke to Jennifer about the hostile work environment and she said no one would believe me if I complained and that things needed to be the way she wanted. She said she understood if I didn't want to return from vacation.

In September 2021, I was discharged due to my race/national origin and in retaliation to my

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY SIGNATURE– *When necessary for State and Local Agency* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. **SIGNATURE OF COMPLAINANT** X |
| X _____ Date    X _____ *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year AND Notary Seal)* |

EEOC Form 5 ( 11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA | **31A-2022-136** |
| | [X] EEOC | **31A-2022-00140** |

| **Fort Worth Human Relations Commission** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

complaints.

## II. RESPONDENT'S REASON FOR ADVERSE ACTION
No reason given for the difference in treatment.
I had no previous disciplinary actions. I was told I was discharged due to alleged performance issues, which is false.

## III. DISCRIMINATION STATEMENT
I believe I have been discriminated against because of my race/national origin, Black/African American, in violation of Title VII of the Civil Rights Act of 1964, as amended, and Texas Labor Code Ch. 21.

/

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY SIGNATURE– *When necessary for State and Local Agency* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>**X**  |
| **X** _____  **X** _____<br>  *Date*      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year* AND Notary Seal) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

JS 44 (Rev. 04/21) (TXND 4/21)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Avery Williams

**DEFENDANTS**

City of Fort Worth  Jennifer Roberts 1000 Throckmorton St, Fort worth, TX, 76102

**(b)** County of Residence of First Listed Plaintiff    Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Avery S. Williams
408 Blaze ct.
Burleson, TX 76028

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other<br><br>**LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016<br>**SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[X] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964, as amended, and TexasLabor Code Ch. 21

Brief description of cause:
Discriminating against Avery based off race, national origin, retaliation for making complaints about the disparate treatment, and then  discharged.

**VII. REQUESTED IN COMPLAINT:**

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [X] No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.